**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF WASHINGTON
PROBATION OFFICE

July 10, 2013

SCOTT M. MORSE, SR.
CHIEF PROBATION OFFICER
Thomas S. Foley
United States Courthouse
920 W Riverside, Room 540
PO BOX 306
SPOKANE, WA 99210-0306
(509) 742-6300 / fax (509) 742-6339

BRANCH OFFICES

FEDERAL BUILDING
25 S. 3rd Street, Room 326
PO BOX 1791
YAKIMA, WA 98907-1791
(509) 574-5535 / fax (509) 574-5539

FEDERAL BUILDING
825 Jadwin Ave, Suite 170
RICHLAND, WA 99352-0446
(509) 943-8130 / fax (509) 943-8139

REPLY TO  Spokane

The Honorable Edward F. Shea
U.S. District Court
Federal Building
825 Jadwin Avenue, Room 320
Richland, WA 99352-3589

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 1 1 2013

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

RE: HOT, Ismail
DOCKET NO.: 2:08CR00010-003
REQUEST FOR MODIFICATION OF CONDITIONS

Dear Judge Shea:

On May 7, 2013, Ismail Hot appeared telephonically before the Honorable Cynthia Imbrogno, U.S. Magistrate Judge in Spokane, Washington. The government did not make a request for the defendant's pretrial detention and conditions of release were fashioned by the Court. Subsequently, the U.S. Pretrial Services Office in the Northern District of Illinois accepted courtesy supervision of the defendant, as he resides in their district.

The defendant's next scheduled hearing before Your Honor is on July 11, 2013, at 10 a.m.

The purpose of this letter is to request a modification of the defendant's conditions of pretrial release.

On July 3, 2013, the U.S. Pretrial Services Officer (USPSO) from the Northern District of Illinois contacted this officer and advised that a mental health condition would be beneficial for Mr. Hot. The USPSO advised that Mr. Hot meets with a psychiatrist on a monthly basis. Mr. Hot reportedly does not have health insurance or any other type of government assistance (due to his immigration status), and he is required to pay for his psychiatric care out of his own pocket. The USPSO further advised he has spoken with Mr. Hot's wife and she indicated she does not know how much longer they can afford his medical expenses. In addition, the USPSO indicated the defendant may be in need of weekly therapy sessions for depression.

The USPSO advised that Mr. Hot is willing to have his conditions of release modified. Should the Court modify Mr. Hot's conditions of release to include a mental health

HOT, Ismail
July 10, 2013
Page 2

provision, the U.S. Pretrial Services Office in the Northern District of Illinois may be able to pay for his mental health treatment.

Defense counsel and the supervising USPSO provided this officer with a letter from a psychiatrist dated May 15, 2013, that confirmed Mr. Hot has been under psychiatric treatment at the Hamdard Center in Chicago, Illinois, since May 2010. The letter indicated that Mr. Hot was being treated for post traumatic stress disorder, major depressive disorder, general anxiety disorder, and insomnia. The letter also indicated he was prescribed Clonazepam and Celexa. In addition to the aforementioned medications, the supervising USPSO in the Northern District of Illinois advised that Mr. Hot is also prescribed Metoclopramide, Citalopram, Seroquel, and Dexilant.

On July 10, 2013, defense counsel discussed the above-noted request with Mr. Hot and concurred with the modification. A signed consent to modify conditions of release is attached to this letter. This officer also contacted the U.S. Attorney's Office and they do not object to this modification request.

Based on the above-noted information, this officer respectfully requests that Mr. Hot's conditions of pretrial release be modified to include the following:

1. The defendant shall participate in a mental health evaluation and/or treatment, as directed by a U.S. Probation/Pretrial Services Officer.

Should the Court have any further questions, please contact the undersigned officer.

Respectfully submitted,

Scott M. Morse, Sr.
Chief U.S. Probation Officer

By:   s/Erik Carlson                              07/10/2013
      Erik Carlson                                Date
      U.S. Probation Officer

Approved By:

s/Matthew L. Thompson          07/10/2013
Matthew L. Thompson            Date
Supervising U.S. Probation Officer

EC/vm

Attachment